IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,
    Plaintiff,

v.

DEBORAH ATHERTON,
    Defendant.

ORDER

12-cr-45-wmc-1

On November 14, 2017, the court held a telephonic hearing on defendant Deborah Atherton's *pro se* appeal of garnishment of wages. (Dkts. ##65, 69.) Having found that garnishment was appropriate, the court denied that appeal. However, the court agreed that a modification of the terms and conditions of Atherton's release was appropriate as follows: (1) the amount of her monthly restitution payment is reduced from $250 a month to a minimum of $100 a month; and (2) Atherton is relieved of any obligation to make a restitution payment for any month in which a garnishment of her wages is accomplished. To that end, U.S. Probation Officer Brian New is DIRECTED to coordinate with Assistant United States Attorney Heidi Luehring to ensure implementation of this modification. Finally, to the extent that Atherton's appeal was intended to request early release from supervision, that request was denied. Atherton may bring a renewed motion for early release, provided that she first discuss this request with Probation Officer New and work with him in submitting any renewed request to the court. Barring support by the probation office, any further request by Atherton is likely to receive the same response.

ORDER

IT IS HEREBY ORDERED that defendant Deborah Atherton's Appeal of Garnishment of Wages (dkts. ## 65, 69) is DENIED. Pursuant to 18 U.S.C. § 3664(f)()3)(B), Atherton's restitution obligation in the October 11, 2012, Judgment (Dkt. #24) is MODIFIED as set forth above.
.

Entered this 15th day of November, 2017.

BY THE COURT:

/s/

WILLIAM M. CONLEY
District Judge